Edward N. Newtop, In Propria Persona
P.O.B. 42502B
San Francisco, CA 94142

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JCS

Edward N. Newtop Plaintiff,

vs.

U.S. Government Defendant.

CASE NO. CV 08 2852

This Complaint is based on a violation of
Title 42 USCA, paragraphs 1381 & and 1382c
(a)(1)(A)(B)(ii); Defendant did not commence
Plaintiff's S.S.I. Benefits untill June,
2005, whereas they should have commenced
on July 9, 2003.

Although Defendant was informed of said
violation, he not only ignored it, but clai-
med that overpayments were involved
instead. He, subsequently, lowered said
benefits in various amounts.

No proof of overpayments were ever
shown.

- 1 -

1  WHEREFOR, PLAINTIFF DEMANDS THAT RESTI-
2  TUTION OF SAID BENEFITS BE MADE
3                    AS SUCH, PLAINTIFF REMAINS,
4
5
6          Edward N. Newtop
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  DATED: JUNE 9, 2008

-2-