1  EDWARD N. NEWTOP, IN PROPRIA PERSONA
2  P.O.B. 425024
3  SAN FRANCISCO, CA 94142

[Clear Form]

E-filing

[FILED JUN -9 AM 10:18 stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWTOP, EDWARD N, Plaintiff, | CV 08 2852 |
| vs. | CASE NO. _____ |
| U.S. GOVERNMENT, Defendant. | APPLICATION TO PROCEED IN FORMA PAUPERIS (Non-prisoner cases only) |

I, NEWTOP, EDWARD N, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | *LAST EMPLOYMENT WITH S.SA. BUREAU OF HEARINGS*
3 | *AND APPEALS AT 100 VAN NESS, SAN FRANCISCO, CALIF*
4 | *FROM 1976 TO 1979 - FOR WAGES, CHECK WITH THEM*

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7     a.    Business, Profession or           Yes ___ No ___
8          self employment?
9     b.    Income from stocks, bonds,       Yes ___ No ___
10          or royalties?
11    c.    Rent payments?                  Yes ___ No ___
12    d.    Pensions, annuities, or           Yes ___ No ___
13          life insurance payments?
14    e.    Federal or State welfare payments,   Yes ✓ No ___
15          Social Security or other govern-
16          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | *VARIOUS FROM 454.00 TO 676.00 DOL-*
20 | *LARS*

21 | 3. Are you married?                        Yes ___ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4. a. List amount you contribute to your spouse's support:$ _____
27     b. List the persons other than your spouse who are dependent upon you for support
28        and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.  Do you own or are you buying a home?  Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.  Do you own an automobile?  Yes ___ No ✓

7  Make _____ Year _____ Model _____

8  Is it financed? Yes ___ No ___ If so, Total due: $_____

9  Monthly Payment: $_____

10  7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $_____

14  Do you own any cash? Yes ___ No ___ Amount: $_____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)  Yes ___ No ___

17  _____

18  8.  What are your monthly expenses?

19  Rent: $ *NONE*  Utilities: *NONE*

20  Food: $ *400.00*  Clothing: *700.00 PER 3 MONTHS*

21  Charge Accounts: *NONE*

22  Name of Account          Monthly Payment          Total Owed on This Account

23  _____  $_____  $_____

24  _____  $_____  $_____

25  _____  $_____  $_____

26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)  *NONE*

28  _____

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  JuNe 8, 2008                    Edward N. Newtop
12         DATE                    SIGNATURE OF APPLICANT