UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD N. NEWTOP, | No. C-08-02852 JCS |
| Plaintiff, | **ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS AND SETTING CASE MANAGEMENT CONFERENCE [Docket No. 2]** |
| v. | |
| UNITED STATES GOVERNMENT, | |
| Defendants. | |

The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

IT IS HEREBY FURTHER ORDERED THAT all parties shall attend the case management conference set for **September 26, 2008, at 1:30 p.m.**, before Magistrate Judge Joseph C. Spero, 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, CA.

IT IS SO ORDERED.

DATED: August 28, 2008

JOSEPH C. SPERO
United States Magistrate Judge