Attachment to Civil Summons
Case No. **C08-2852 JCS**

Civil Process Clerk
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

SSA Office of the General Counsel
Region IX
333 Market Street, Suite 1500
San Francisco, CA 94105

Attorney General
U.S. Department of Justice
10th & Pennsylvania Avenue, NW
Washington, DC 20530